USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 41
DATE FILED: MAY 3 0 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
UNITED STATES OF AMERICA :

    - v. - : WAIVER OF INDICTMENT

FERNANDO SERRANO, : S1 16 Cr. 542 (WHP)

    Defendant. :
-------------------------------------x

    FERNANDO SERRANO, the defendant, who is accused of violating Title 18, United States Code, Sections 371, 1028A(a)(1), 1028A(c)(5), 1347, 1349, and 2, and Title 42, United States Code, Sections 1320a-7b(b)(2)(B) and 1320d-6(a)(2), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                _____
                                Fernando Serrano

                                _____
                                Witness

                                _____
                                J. Roberto Cardenas, Esq.
                                Counsel for Defendant

Date:    New York, New York
         May 30, 2017