*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2020

**By CM/ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  **United States** v. **Fernando Serrano**, S1 16 Cr. 542 (WHP)
     **United States** v. **Jonathan Roper**, S3 16 Cr. 542 (WHP)
     **United States** v. **Gordon Freedman**, 18 Cr. 217 (KMW)

Your Honors:

The Government respectfully submits this letter in accordance with the Court's procedure regarding sentencings involving multiple defendants in factually related cases pending before different judges. The procedure directs in pertinent part that the Government, when it intends to file a § 5K1 motion on behalf of a defendant, provide a "brief statement identifying any prior proceedings in which the defendant has testified before a different judge pursuant to a cooperation agreement." Such statement is to be provided to both the assigned sentencing judge and the judge before whom the defendant testified.

Defendants Jonathan Roper and Fernando Serrano are scheduled to be sentenced before Judge Pauley on May 8, 2020, and May 15, 2020, respectively.

In November 2019, Roper and Serrano testified before Judge Wood, pursuant to cooperation agreements, at the trial of *United States v. Gordon Freedman*, 18 Cr. 217 (KMW). The defendant at that trial was convicted of three offenses; he is scheduled to be sentenced by Judge Wood on April 23, 2020.

Should the Court desire any further information, we would be pleased to comply.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                                United States Attorney

                        by:   /s/
                                Noah Solowiejczyk / David Abramowicz
                                Assistant United States Attorneys
                                (212) 637-2473 / 6525

cc:    Joseph J. Ferrante, Esq. (counsel for Jonathan Roper) (via CM/ECF)
       J. Roberto Cardenas, Esq. (counsel for Fernando Serrano) (via CM/ECF)