# CARDENAS LAW OFFICE

**J. Roberto Cardenas**
Natalia Berrino*

---

*Admitted in Argentina

Of Counsel:
Raymond E. Villanueva
Mark Goldfarb

Legal Staff:
Aishling Fitzpatrick

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/20

**VIA ECF**

February 20, 2020

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Roper et al.</u>
<u>Case No. 1:16-CR-00542 (KMW)</u>

**MEMO ENDORSED**

Dear Judge Wood:

I am the attorney for Fernando Serrano, a defendant in the above-captioned case and write this letter to request permission for him to travel to Belleayre, New York for a day trip on February 22, 2020. Mr. Serrano pled guilty before Judge Pauley and has been at liberty based upon an agreed bail package during which time he has complied with all his conditions of release and remains in good standing.

Mr. Serrano is now seeking permission to travel outside his current permitted travel area, which is the Southern/Eastern Districts of New York, to Belleayre, New York on February 22, 2020. He will be returning home the same day.   *Granted KMW*

This letter, as well as the requested relief, is made over no objection by AUSA Noah Solowiejczyk, the Assistant United States Attorney handling this matter. Further, the specific itinerary for the requested travel has been provided to Mr. Serrano's pretrial services officer.

Wherefore, it is respectfully requested that this Court allow Mr. Serrano to travel outside his bail related/limited travel area and permit him to travel to Belleayre, New York on the aforementioned dates at the aforementioned location.

Thank you for your attention herein.

2-20-20
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Respectfully submitted,

*J. R. Cardenas*

J. Roberto Cardenas

---

119 W 57th Street    Suite 1215    New York NY 10019    T: 212.977.7095    F: 212.977.7085

www.cardenaslawoffice.com                                info@jrc-esq.com.com