```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/4/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

FERNANDO SERRANO,

                    Defendant.
---------------------------------------------------------X

16-CR-542 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for May 13, 2020, is adjourned to July 20, 2020, at 11:00 a.m.  Defendant's sentencing submission is due to the Court by July 6, 2020.  The Government's submission is due by July 13, 2020.

      SO ORDERED.
Dated: New York, New York
      May 4, 2020

                                            _____/s/ Kimba M. Wood /_____
                                              KIMBA M. WOOD
                                        United States District Judge