

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2020

**By ECF and Electronic Mail**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Fernando Serrano*, 16 Cr. 542 (KMW)

Dear Judge Wood:

      Sentencing in the above-referenced matter is currently scheduled for December 8, 2020. The Government respectfully requests that the sentencing be adjourned until some date after the defendants in *United States v. Freedman et al.*, No 18 Cr. 217 (KMW), are sentenced so that the Court may consider any additional cooperation Serrano provides in connection with those proceedings. Defense counsel consents to an adjournment of the sentencing date, as well as to an adjournment of the disclosure deadlines in connection with the preparation of the Presentence Investigation Report. The parties respectfully request that a sentencing control date be set for the week of February 8, 2021, or thereafter.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

by: _____*/s/*_____
    Noah Solowiejczyk
    David Abramowicz
    Assistant United States Attorneys
    (212) 637-2473/6525

cc:   J. Roberto Cardenas, Esq. (by ECF and email)