# CARDENAS LAW OFFICE

**J. Roberto Cardenas**
Natalia Berrino*
_____
*Admitted in Argentina

Of Counsel:
Raymond E. Villanueva
Mark Goldfarb

VIA EMAIL

December 17, 2020

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Roper et al.**
**Case No. 1:16-CR-00542 (WHP)**

Dear Judge Wood:

I am the attorney for Fernando Serrano, a defendant in the above-captioned case. I write this letter to request permission for him to travel outside of his bail related/limited travel area of the Southern and Eastern Districts of New York. Mr. Serrano pled guilty before Judge Pauley and has been at liberty based upon an agreed bail package during which time he has complied with all his conditions of release and remains in good standing.

Mr. Serrano is now seeking permission to travel to Stroudsburg, PA from December 18, 2020 until December 21, 2020 for the purposes of going skiing. He will be staying at 10 Flagstone Lane, East Stroudsburg, PA., and returning on Monday December 21st. While in Pennsylvania, Mr. Serrano can be reached at (516) 504-8082 (cell phone). This letter, as well as the requested relief, is made over no objection by AUSA Noah Solowiejczyk, the Assistant United States Attorney handling this matter.

Wherefore, it is respectfully requested that this Court allow Mr. Serrano to travel outside his bail related/limited travel area and permit him to travel to East Stroudsburg, Pennsylvania on the aforementioned dates.

**GRANTED**
**-KMW**

Thank you for your attention herein.

Respectfully submitted,

*J. R. Cardenas*

J. Roberto Cardenas

Cc: Noah Solowiejczyk, Esq.
    Assistant United States Attorney
    Southern District of New York

So ordered this __17th__
day of December, 2020

*/s/ Kimba M. Wood*     12/17/2020

————————————————
HON. KIMBA M. WOOD
U.S. DISTRICT JUDGE