UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

FERNANDO SERRANO,

                    Defendant.
-------------------------------------------------------------x

ORDER
16 CR 542 (KMW)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/21
```

KIMBA M. WOOD, District Judge:

    At the request of the parties, sentencing in the above-captioned case is adjourned to June 2, 2021, at 11:00 a.m. Defendant's submission is due by May 19, 2021. The Government's submission is due by May 26, 2021.

    SO ORDERED.

Dated: New York, New York
           February 3, 2021

                                                              _____
                                                              KIMBA M. WOOD
                                                              UNITED STATES DISTRICT JUDGE