UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

FERNANDO SERRANO,

                     Defendant.
------------------------------------------------------------------x

**ORDER**

16 CR 542 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/21

KIMBA M. WOOD, District Judge:

      The sentencing currently scheduled for August 16, 2021, is adjourned to October 20, 2021, at 3:30 p.m., as an in-person proceeding.

      SO ORDERED.

Dated: New York, New York
       August 3, 2021

                                         /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE