CARDENAS LAW OFFICE

**J. Roberto Cardenas**
Natalia Berrino*
_____
*Admitted in Argentina

Of Counsel:
Raymond E. Villanueva
Mark Goldfarb

VIA EMAIL

October 4, 2021

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Roper et al. Case No. 1:16-CR-00542 (WHP)**

Dear Judge Wood:

      I am the attorney for Fernando Serrano, a defendant in the above-captioned case. I write this letter to request an adjournment of his sentencing currently scheduled for October 20, 2021. This letter, as well as the requested relief, is made over no objection from the Government by AUSA Noah Solowiejczyk, the Assistant United States Attorney handling this matter.

      The reason for this request is that, as a condition of his plea, Mr. Serrano needed to address various tax issues. Although, Mr. Serrano has diligently attempted to address the tax issues, the Covid-19 Pandemic has delayed approval of his proposal to address the same. His accountant has informed that such proposal should be approved at some point in October 2021. Therefore, I request that this matter be adjourned to December 8, 2021 at 1:00 PM to permit him sufficient to adhere to the conditions of his plea.

      Wherefore, it is respectfully requested that this Court adjourn Fernando Serrano's sentencing currently scheduled for October 20, 2021, to December 8, 2021, at 1:00 PM.

      Thank you for your thoughtful attention herein.

Respectfully submitted,

*J. R. Cardenas*

J. Roberto Cardenas

Cc: Noah Solowiejczyk, Esq.
    Assistant United States Attorney
    Southern District of New York

| | | | | |
|---|---|---|---|---|
| 119 W 57th Street | Suite 1215 | New York NY 10019 | T: 212.977.7095 | F: 212.977.7085 |
| Pernerova 51 | 5th Floor | 186 00 Prague 8-Karlin | Czechia | T: +420 605.399.277 |

www.cardenaslawoffice.com     roberto@jrc-esq.com