UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/21
```

-against-

**ORDER**
16 CR 542 (KMW)

FERNANDO SERRANO,

Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Sentencing currently scheduled for December 9, 2021, is rescheduled to December 8, 2021, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
       December 6, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE